UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO.: 3:26-CR-124 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| TIMOTHY RUPAR | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1.     On June 22, 2022, law enforcement downloaded over one hundred files of child pornography from an internet protocol address ("IP address") located at the residence of Timothy RUPAR in Huntersville, North Carolina, within the Western District of North Carolina, using an undercover software program.

2.     In February of 2023, law enforcement received information that RUPAR had attempted to purchase nude photographs of underage females on Snapchat, a social media application that uses the internet for communication.

3.     On March 9, 2023, agents executed search warrants for RUPAR's Snapchat account. Based on review of the seized evidence, agents located images and a video of a female approximately fifteen years old and conversations she had with RUPAR. Included in that conversation were images of the minor female and a video of that female's genitalia being digitally

manipulated. The video was sent on February 13, 2023, and was saved within RUPAR's Snapchat application.

4.      On August 7, 2023, agents executed a search warrant for RUPAR's residence to seize electronic devices that could contain child pornography. A review of those devices resulted in the discovery of deleted file names indicative of child pornography on a flash drive taken from the residence.

5.      From in or about June 2022 and up to and including March 9, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, RUPAR knowingly possessed, and accessed with intent to view, material that contained images of child pornography. The material had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

RUSS FERGUSON
UNITED STATES ATTORNEY

NICK J. MILLER
Assistant United States Attorney

<u>Defendant's Counsel's Signature and Acknowledgment</u>

I have read this Factual Basis and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

MARK S. JETTON, JR.
SHAEFER A. SHEPARD
Attorneys for Defendant

DATED: 6/2/26

2